(Docket Nos. 12, 15)

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

```
_____
                            :
CUMBERLAND REGIONAL HIGH     :
SCHOOL DISTRICT BOARD OF     :
EDUCATION,                   :
                            :
           Plaintiff,        :    Civil No. 05-5488 (RBK)
                            :
     v.                      :    ORDER
                            :
FREEHOLD REGIONAL HIGH SCHOOL :
DISTRICT BOARD OF EDUCATION, :
                            :
           Defendant.        :
_____ :
```

This matter comes before the Court upon cross motions by Plaintiff Cumberland Regional High School Board of Education ("Cumberland") and Defendant Freehold Regional High School District Board of Education ("Freehold") for summary judgment; and the Court having considered the moving papers and the opposition thereto; and for the reasons expressed in the Opinion issued this date;

IT IS HEREBY **ORDERED** that Cumberland's motion for summary judgment is **DENIED**; and

IT IS FURTHER **ORDERED** that Freehold's crossmotion for summary judgment is **GRANTED**.


Dated:6/18/2007          s/Robert B. Kugler
                         ROBERT B. KUGLER
                         United States District Judge